IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON, LLC, and EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BENDARX CORP., <br><br> Defendant. | C.A. No. 23-490-JLH <br> C.A. No. 23-633-JLH |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Teva Pharmaceuticals International GmbH, Cephalon, LLC, and Eagle Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant BendaRx Corp. ("BendaRx") by their undersigned counsel, stipulate and agree as follows:

WHEREAS, after receiving Notice of Paragraph IV Certifications, Plaintiffs filed Complaints (C.A. No. 23-490-JLH, D.I. 8; C.A. No. 23-633-JLH, D.I. 1) against BendaRx in the above-captioned actions, asserting infringement of U.S. Patent Nos. 8,076,366 (the "#366 Patent") and 9,572,887 (the "#887 Patent"), among others;

1

WHEREAS, BendaRx represents that the New Drug Application ("NDA") No. 215291 produced in these actions accurately describes the drug product sought to be marketed upon approval of that application;

NOW THEREFORE, Plaintiffs and BendaRx hereby stipulate and agree, subject to the approval of the Court, as follows:

1. To conserve judicial resources and to avoid the time and expense of further litigation related to the #366 and #887 Patents, Plaintiffs stipulate to dismissal of Counts XVII, XVIII, XIX, and XX of Plaintiffs' Complaints (C.A. No. 23-490-JLH, D.I. 8; C.A. No. 23-633-JLH, D.I. 1) asserting infringement of the #366 and #887 patents in connection with the products that are the subject of NDA No. 215291 (the "BendaRx NDA Products" as defined in paragraph 2, and such products only) with prejudice.

2. For clarity, the BendaRx NDA Products mean the products as described in NDA No. 215291 as produced by BendaRx in this litigation on August 2, 2023, including any amendments and supplements thereto but excluding amendments and supplements thereto that (1) change the dosage form (*i.e.*, the physical form in which a drug is produced and dispensed, such as a tablet, a capsule, a lyophilized powder, or a liquid injectable) of those products, (2) materially alter the freeze drying process used during preparation of the BendaRx NDA Products, and/or (3) otherwise alter the basis for NDA No. 215291's

Paragraph IV certifications or assertions of non-infringement of the #366 and #887 Patents.

3. The parties agree that this stipulation does not require the parties to submit further briefing regarding BendaRx's motions to dismiss (C.A. No. 23-490-JLH, D.I. 12; C.A. No. 23-633-JLH, D.I. 10).

| | |
|---|---|
| SHAW KELLER LLP | RICHARDS, LAYTON & FINGER, P.A |
| | |
| */s/ Emily S. DiBenedetto* | */s/ Travis S. Hunter* |
| John W. Shaw (No. 3362) | Travis S. Hunter (No. 5350) |
| Karen E. Keller (No. 4489) | Nathalie A. Freeman (No. 7053) |
| Nathan R. Hoeschen (No. 6232) | One Rodney Square |
| Emily S. DiBenedetto (No. 6779) | 920 North King Street |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 651-7700 |
| (302) 298-0700 | hunter@rlf.com |
| jshaw@shawkeller.com | freeman@rlf.com |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | *Attorneys for Defendant BendaRx Corp.* |
| edibenedetto@shawkeller.com | |
| | OF COUNSEL: |
| *Attorneys for Teva Pharmaceuticals International GmbH and Cephalon, LLC* | Anne Li |
| | CROWELL & MORING LLP |
| | 590 Madison Avenue |
| OF COUNSEL: | 20th Floor |
| | New York, NY 10022 |
| David I. Berl | |
| Adam D. Harber | Mark Remus |
| Elise M. Baumgarten | CROWELL & MORING LLP |
| Ben Picozzi | 455 N. Cityfront Plaza Drive |
| WILLIAMS & CONNOLLY LLP | NBC Tower, Suite 3600 |
| 680 Maine Avenue SW | Chicago, IL 60611 |
| Washington, DC 20024 | |
| (202) 434-5000 | Shannon Lentz |
| | Kassidy Schmitz |
| *Attorneys for Teva Pharmaceuticals International GmbH and Cephalon, LLC* | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | |
| | *Attorneys for Defendant BendaRx Corp.* |

McCarter & English, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.*

OF COUNSEL:

Daniel G. Brown
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Kenneth G. Schuler
Marc N. Zubick
Alex M. Grabowski
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

*Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.*

Dated:  January 19, 2024

5

IT IS SO ORDERED this  22nd  day of    January        , 2024.

                                                                                                        _____
                                                                                                        The Honorable Jennifer L. Hall
                                                                                                        United States District Judge