

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0713
edibenedetto@shawkeller.com

February 13, 2024

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Teva Pharmaceuticals International GmbH, Cephalon, LLC, et. al. v. BendaRx USA Corp.* C.A. Nos. C.A. Nos. 23-490-JLH, 23-633-JLH (D. Del.) (Consolidated)

Dear Judge Hall,

I write on behalf of the parties to request that the Court enter the agreed upon proposed schedule attached hereto. In view of the parties' resolution of the pending motions to dismiss, C.A. No. 23-490-JLH, D.I. 37; C.A. No. 23-633-JLH, D.I. 33, the parties submit that entry of a scheduling order now will allow for the more orderly administration of this action and help ensure resolution prior to the end of the 30-month stay on September 23, 2025.

Counsel are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

*/s/ Emily S. DiBenedetto*

Emily S. DiBenedetto (No. 6779)

cc:   Clerk of the Court (by CM/ECF & Hand Delivery)
　　　All counsel of record (by CM/ECF & Email)