IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON, LLC, and EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BENDARX CORP., <br><br> Defendant. | C.A. No. 23-490-JLH <br> CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 29, 2024, true and correct copies of Bendarx Corp.'s Responses to Plaintiffs' First Set of Requests to Defendants for the Production of Documents and Things were caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| John W. Shaw | David I. Berl |
| Karen E. Keller | Adam D. Harber |
| Nathan R. Hoeschen | Elise M. Baumgarten |
| Emily S. DiBenedetto | Ben Picozzi |
| Shaw Keller LLP | Kathryn Larkin |
| 300 Delaware Avenue, Suite 1120 | Williams & Connolly LLP |
| Wilmington, DE 19801 | 680 Maine Avenue SW |
| | Washington, DC 20024 |

OF COUNSEL:

Anne Li
Crowell & Moring LLP
590 Madison Avenue 20th Floor
New York, NY 10022

Mark Remus
Crowell & Moring LLP
455 N. Cityfront Plaza Dr. NBC Tower,
Suite 3600 Chicago, IL 60611

/s/ Sara M. Metzler
Travis S. Hunter (#5350)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
metzler@rlf.com

*Attorneys for Defendant BendaRx Corp.*

RLF1 30603528v.1

Shannon Lentz
Karla I. Arias
Kassidy Schmitz
Crowell & Moring LLP
1001 Pennsylvania, Avenue, NW
Washington, DC 20004

Dated:  February 29, 2024