IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON, LLC, and EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BENDARX USA CORP., <br><br> Defendant. | **Redacted - Public Version** <br><br> C.A. No. 23-490-JLH <br> **CONSOLIDATED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the pursuant to the Scheduling Order, the deadline for completion of fact discovery is currently November 8, 2024;

WHEREAS, Defendant BendaRx USA Corp. ("BendaRx") has not yet received tentative approval from the U.S. Food & Drug Administration ("FDA") to market BendaRx's New Drug Application ("NDA") Product;

WHEREAS, ▇▇▇▇▇▇ FDA sent BendaRx a Complete Response Letter recommending that, to resolve the deficiencies identified in the letter, BendaRx conduct additional clinical studies;

WHEREAS, BendaRx is currently conducting studies in response to FDA's Complete Response Letter;

WHEREAS, BendaRx anticipates submitting its response to FDA's Complete Response Letter ▇▇▇▇▇▇▇▇▇▇;

███████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

WHEREAS, the parties wish to avoid burdening the Court with potential disputes about the approvability of BendaRx's NDA Product and further wish to avoid burdening the Court with the task of deciding a case that may prove unnecessary;

WHEREAS, the thirty-month stay is currently set to expire on November 5, 2025;

WHEREAS, Pursuant to LR 16.4, counsel have sent copies of this Stipulation to their respective clients;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Completed | November 8, 2024 | April 18, 2025 |
| Deadline to Join Parties, Amend/Supplement Pleadings | November 15, 2024 | April 25, 2025 |
| Plaintiffs Produce Final Infringement Contentions | November 22, 2024 | May 30, 2025 |
| Defendant Produces Final Invalidity Contentions | November 22, 2024 | May 30, 2025 |
| Opening Expert Reports Due | December 20, 2024 | June 13, 2025 |
| Responsive Expert Reports, Including Plaintiffs' Reports Relating to Objective Indicia of Non-Obviousness Due | January 31, 2025 | August 8, 2025 |
| Reply Expert Reports Due | February 28, 2025 | September 5, 2025 |
| Expert Discovery Completed | April 11, 2025 | October 10, 2025 |

| Deadline to File *Daubert* Motions | April 18, 2025 | October 17, 2025 |
| --- | --- | --- |
| Final Proposed Pretrial Order Due | May 5, 2025 | Two weeks before trial |
| Pretrial Conference | May 12, 2025 | One week before trial |
| Trial | May 19, 2025 | December 2025 |
| Thirty-Month Stay Deadline | November 5, 2025 | November 5, 2025 |
| Expiration of U.S. Pat. Nos. 8,791,270; 8,609,863; and 8,895,756 (including pediatric exclusivity) | N/A | July 12, 2026 |

███████████████████████████████████████████████████████████

███████████████████████████████████ BendaRx further stipulates and agrees that it will notify Plaintiffs within seven days of responding to FDA's Complete Notice Letter and will further notify Plaintiffs within seven days of receiving FDA's classification and response;

Within fourteen days of Plaintiffs' receiving the classification, the parties shall meet and confer and apprise the Court as to whether they believe that any further action is required;

BendaRx further stipulates and agrees that it will produce all correspondence to or from FDA regarding BendaRx's NDA or NDA Product no later than seven days of sending or receiving the same;

This Stipulation is without prejudice to the parties' individual rights to seek further relief from the Court, as warranted by the issues discussed above.

3

|  |  |
|---|---|
|  | SHAW KELLER LLP |
|  |  |
|  | */s/ Nathan R. Hoeschen* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| David I. Berl | Karen E. Keller (No. 4489) |
| Adam D. Harber | Nathan R. Hoeschen (No. 6232) |
| Elise M. Baumgarten | I.M. Pei Building |
| Ben Picozzi | 1105 North Market Street, 12th Floor |
| Kathryn E. Larkin | Wilmington, DE 19801 |
| WILLIAMS & CONNOLLY LLP | (302) 298-0700 |
| 725 Twelfth Street, N.W. | jshaw@shawkeller.com |
| Washington, DC 20005 | kkeller@shawkeller.com |
| (202) 434-5000 | nhoeschen@shawkeller.com |
|  | *Attorneys for Teva Pharmaceuticals* |
| *Attorneys for Teva Pharmaceuticals* | *International GmbH and Cephalon, LLC* |
| *International GmbH and Cephalon, LLC* |  |

|  |  |
|---|---|
|  | MCCARTER & ENGLISH LLP |
|  |  |
|  | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (No. 4758) |
| Daniel G. Brown | Alexandra M. Joyce (No. 6423) |
| LATHAM & WATKINS LLP | Renaissance Centre |
| 885 Third Avenue | 405 N. King Street, 8th Floor |
| New York, NY 10022 | Wilmington, Delaware 19801 |
| (212) 906-1200 | (302) 984-6300 |
|  | dsilver@mccarter.com |
| Kenneth G. Schuler | ajoyce@mccarter.com |
| Marc N. Zubick |  |
| Alexander M. Grabowski | *Attorneys for Eagle Pharmaceuticals, Inc.* |
| LATHAM & WATKINS LLP |  |
| 330 North Wabash Avenue, Suite 2800 |  |
| Chicago, IL 60611 |  |
| (312) 876-7700 |  |
|  |  |
| *Attorneys for Eagle Pharmaceuticals, Inc.* |  |

4

|  |  |
|---|---|
| OF COUNSEL:<br>Anne Li<br>Michelle Wang<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Ave.<br>New York, NY 10001<br>(212) 895-4229<br><br>Mark Remus<br>CROWELL & MORING LLP<br>455 N. Cityfront Plaza Drive<br>NBC Tower, Suite 3600<br>Chicago, IL 60611<br>(312) 321-4200<br><br>Shannon Lentz<br>Karla I. Arias<br>Kassidy Schmitz<br>April Barnard<br>CROWELL & MORING LLP<br>1001 Pennsylvania, Avenue, NW<br>Washington, DC 20004<br>(202) 624-2500<br><br>*Attorneys for BendaRx USA Corp.* | RICHARDS, LAYTON & FINGER P.A.<br><br>*/s/ Sara M. Metzler*<br>Travis S. Hunter (No. 5350)<br>Sara M. Metzler (No. 6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>hunter@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for BendaRx USA Corp.* |

     SO ORDERED this _____ day of November, 2024.

_____<br>
Hon. Jennifer L. Hall

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Travis S. Hunter
Sara M. Metzler
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
metzler@rlf.com

Shannon Lentz
Kassidy Schmitz
Karla I. Arias
April Barnard
CROWELL & MORING LLP
1001 Pennsylvania, Avenue, NW
Washington, DC 20004
slentz@crowell.com
kschmitz@crowell.com
karias@crowell.com
abarnard@crowell.com

Anne Elise Herold Li
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
ali@crowell.com

Michelle Wang
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 895-4229
michellewang@crowell.com

Mark Remus
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
mremus@crowell.com

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs Teva Pharmaceuticals International GmbH and Cephalon, LLC*

2