IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON, LLC, and EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BENDARX USA CORP., <br><br> Defendant. | ) ) ) ) **Redacted - Public Version** ) ) ) ) C.A. No. 23-490-JLH ) CONSOLIDATED ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Teva Pharmaceuticals International GmbH, Cephalon, LLC, and Eagle Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant BendaRx USA Corp. ("BendaRx") by their undersigned counsel, stipulate and agree as follows:

WHEREAS, after receiving Notice of Paragraph IV Certifications, Plaintiffs filed Complaints (C.A. No. 23-490-JLH, D.I. 46; C.A. No. 23-633-JLH, D.I. 1; C.A. No. 24-395-JLH, D.I. 1) against BendaRx in the above-captioned actions, asserting infringement of U.S. Patent Nos. 8,791,270 (the "'270 Patent"), 8,609,863 (the "'863 Patent"), 8,895,756 (the "'756 Patent"), and 8,461,350 (the "'350 Patent"), among others;

WHEREAS, in the parties' prior stipulation (D.I. 93), ███████████████████████████████████████████████████████████████████████████████████; and

WHEREAS, ███████████████████████████████████████████████████████;

1

NOW THEREFORE, Plaintiffs and BendaRx hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Counts V, VI, IX, X, XIII, XIV, XVII, and XVIII of Plaintiffs' Complaints in C.A. Nos. 23-490-JLH (C.A. No. 23-490-JLH, D.I. 46) and Counts V, VI, IX, X, XIII, XIV, XXI, and XXII in C.A. Nos. 23-633-JLH and 24-395-JLH (C.A. No. 23-633-JLH, D.I. 1; C.A. No. 24-395-JLH, D.I. 1) asserting infringement of the '270 Patent, '863 Patent, '756 Patent, and '350 Patent in connection with the products that are the subject of NDA No. 215291 are dismissed without prejudice;

2. BendaRx's defenses and counterclaims related to infringement and validity of the '270 Patent, '863 Patent, and '756 Patent, and '350 Patent including at least Counterclaims V, VI, IX, X, XIII, XIV, XVII, and XVIII (C.A. No. 23-490-JLH, D.I. 50) are dismissed without prejudice.

| | |
|---|---|
| SHAW KELLER LLP | RICHARDS, LAYTON & FINGER, P.A |
| | |
| /s/ Nathan R. Hoeschen | /s/ Sara M. Metzler |
| John W. Shaw (No. 3362) | Travis S. Hunter (No. 5350) |
| Karen E. Keller (No. 4489) | Sara M. Metzler (No. 6509) |
| Nathan R. Hoeschen (No. 6232) | One Rodney Square |
| Emily S. DiBenedetto (No. 6779) | 920 North King Street |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 651-7700 |
| (302) 298-0700 | hunter@rlf.com |
| jshaw@shawkeller.com | metzler@rlf.com |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | *Attorneys for Defendant BendaRx USA Corp.* |
| edibenedetto@shawkeller.com | |
| | OF COUNSEL: |
| *Attorneys for Teva Pharmaceuticals International GmbH and Cephalon, LLC* | Anne Li |
| | Michelle Wang |
| | CROWELL & MORING LLP |
| OF COUNSEL: | Two Manhattan West |
| | 375 Ninth Ave. |
| David I. Berl | New York, NY 10001 |
| Adam D. Harber | |
| Elise M. Baumgarten | Mark Remus |
| Ben Picozzi | CROWELL & MORING LLP |
| Robert F. Hartsmith | 455 N. Cityfront Plaza Drive |
| Rhochelle Krawetz | NBC Tower, Suite 3600 |
| WILLIAMS & CONNOLLY LLP | Chicago, IL 60611 |
| 680 Maine Avenue SW | |
| Washington, DC 20024 | Shannon Lentz |
| (202) 434-5000 | Karla I. Arias |
| | Kassidy Schmitz |
| *Attorneys for Teva Pharmaceuticals International GmbH and Cephalon, LLC* | April Barnard |
| | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | |
| | *Attorneys for Defendant BendaRx USA Corp.* |

3

MCCARTER & ENGLISH, LLP


*/s/ Alexandra M. Joyce*
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.*

OF COUNSEL:

Daniel G. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Kenneth G. Schuler
Marc N. Zubick
Alex M. Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

*Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.*


Dated:  January 6, 2025

4

      IT IS SO ORDERED this _____ day of _____, 2025.

                                                                                                                  _____
                                                                                                           United States District Judge